1  GAIL C. TRABISH, ESQ. (103482)
   BOORNAZIAN, JENSEN & GARTHE
2  A Professional Corporation
   555 12th Street, Suite 1800
3  Oakland, CA  94607
   Telephone: (510) 834-4350
4  Facsimile: (510) 839-1897

5  Attorneys for Defendant
   TARGET CORPORATION

6

7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10 MARIA SAMAYOA,                        )  Case No.  3:15-cv-04846
                                         )
11            Plaintiff,                  )  STIPULATION TO LIMIT DAMAGES
                                         )  AND ORDER TO REMAND TO STATE
12 vs.                                   )  COURT
                                         )
13 TARGET CORPORATION, TARGET STORE )
   DIRECTOR CARLOS DOE (last name        )
14 currently unknown)  and DOES 1 to 100 )  Complaint Filed:  August 24, 2015
   inclusive,                            )  [Contra Costa  Sup. Ct. No. C15-01523]
15                                       )
              Defendants.                )
16 _____)

17       Plaintiff MARIA SAMAYOA and her attorney, Alan M. Laskin, Esq., agree as follows:

18       1.     Plaintiff MARIA SAMAYOA agrees not to seek damages for, nor collect any

19 judgment in excess of $74,999.99, exclusive of interest and costs, in this action.

20       2.     The federal court no longer having jurisdiction of this claim, the parties agree that

21 the matter be remanded to state court for all further proceedings.

22       3.     Plaintiff's agreement to limit her claim for damages will be binding in the state

23 court action after remand.

24 DATED:                            _____
                                     MARIA SAMAYOA
25                                   PLAINTIFF

26

27

28
                                          -1-

1   DATED: 1/4/16

2                                  LAW OFFICES OF ALAN M. LASKIN

3

4                           By: /s/ *Alan M. Laskin*

5                                ALAN M. LASKIN, ESQ.
                                 Attorney for Plaintiff
                                 MARIA SAMAYOA

6

7

8   DATED:       10/21/15
                                 BOORNAZIAN, JENSEN & GARTHE
                                 A Professional Corporation

9

10

11                           By: /s/ *Gail C. Trabish*
                                 Attorneys for Defendant

12                                  TARGET CORPORATION

13                             **ORDER**

14     Pursuant to the stipulation of the parties,

15     IT IS HEREBY ORDERED:

16     The above-captioned matter is remanded to Contra Costa County Superior Court.

17

18   DATED: January 5, 2016

19                             By: _____
                              UNITED STATES DISTRICT

20

21

22

23   27715/704798

24

25

26

27

28

STIPULATION TO LIMIT DAMAGES AND ORDER TO REMAND TO STATE COURT – Case No. 3:15-cv-04846